# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI KAZANCHIAN and HARMIK KAZANCHIAN,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>Defendants. | 2:12-CV-628 JCM (VCF) |

## ORDER

Presently before the court is defendant Cal-Western Reconveyance Corporation's motion to dismiss. (Doc. #6). On June 1, 2012, plaintiffs Harmik and Sherrie Kazanchian filed a notice of voluntary dismissal without prejudice. (Doc. #11).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Cal-Western Reconveyance Corporation's motion to dismiss (doc. #6) be, and the same hereby is, DENIED as moot.

DATED June 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**